No. 80–1622.  GROTE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–1644.  FLORIDA *v.* BROWN.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 80–1672.  MORROW *v.* ARKANSAS.  Sup. Ct. Ark. Certiorari denied.

No. 80–1676.  ONE 1976 FORD TRUCK VAN *v.* PENNSYL-VANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 80–1692.  DECCA LTD. *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 80–1704.  ST. LOUIS COMPREHENSIVE NEIGHBOR-HOOD HEALTH CENTER, INC. *v.* NATIONAL LABOR RELA-TIONS BOARD.  C. A. 8th Cir.  Certiorari denied.

No. 80–1705.  MCBROOM RIG BUILDING SERVICES, INC. *v.* DIAMOND M DRILLING CO. ET AL.  C. A. 5th Cir.  Cer-tiorari denied.

No. 80–1719.  MAZZULLO ET AL. *v.* UNITED STATES. C. A. D. C. Cir.  Certiorari denied.

No. 80–1724.  PALUMBO *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 80–1731.  TARPEY *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 80–1744.  CRIST *v.* CRIST.  C. A. 5th Cir.  Certiorari denied.

No. 80–1758.  HARPRING *v.* CONTINENTAL OIL CO. (CONOCO).  C. A. 5th Cir.  Certiorari denied.